UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EDWARD CHMIELEWSKI,

    Plaintiff,

Case No.: 25 CV 1628

v.

PATRICK NOONAN,
ANDREW HYNST,
and
CHRISTOPHER SCHMALING,

    Defendants.

## NOTICE OF REMOVAL

TO:    CLERK OF THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF WISCONSIN – MILWAUKEE
        DIVISION

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441 & 1446, Defendants Patrick Noonan, Andrew Hynst, and Christopher Schmaling ("Defendants") hereby remove the action captioned *Edward Chmielewski v. Patick Noonan et al* pending as Case No. 2025-CV-1062 in the Circuit Court of Racine County, Wisconsin ("the State Court Action") to the United States District Court for the Eastern District of Wisconsin – Milwaukee Division and hereby state the following grounds for removal:

1.    On August 12, 2025, Plaintiff Edward Chmielewski commenced the State Court Action. The Complaint asserts claims against the Defendants for

1

violation of 41 U.S.C. § 1983 and the Eighth Amendment. A true and correct copy of the Summons and Complaint filed in the State Court Action is attached hereto as **Exhibit A**.

2. Defendants, through their registered agent, received the Summons and Complaint in the State Court Action on September 24, 2025, thus, this notice is timely pursuant to 28 U.S.C. § 1446(b).

3. Under 28 U.S.C. § 1331 federal courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, warranting federal question jurisdiction, because it is a civil action arising under the Constitution (Eighth Amendment).

5. Plaintiff alleges that Patrick Noonan violated his Eighth Amendment rights. ( Ex. A, Summons and Complaint, ¶¶ 43, 44).

6. Plaintiff alleges that Andrew Hynst violated his Eighth Amendment rights. (*Id.* at ¶¶ 43, 44).

7. Plaintiff alleges that Sheriff Christopher Schmaling violated his Eighth Amendment rights. (*Id.*, ¶¶ 45,46).

8. Under 28 U.S.C. § 1441(a), the State Court Action may be removed to the United States District Court for the Eastern District of Wisconsin – Milwaukee Division, because it is the United States District Court for the district and division embracing the place where the State Court Action is pending.

9. A copy of this Notice of Removal is being filed concurrently with the Clerk of the Circuit Court of Racine County, Wisconsin and is being served on counsel for Plaintiff. See U.S.C. § 1446 (a) and (d). The Circuit Court of Racine County, Wisconsin, is located within the jurisdiction of this Court. A copy of the Notice of Filing of Notice of Removal to be filed in the State Court Action is attached hereto as **Exhibit B**.

10. Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief may be granted.

11. Defendants reserves the right to amend or supplement this Notice.

WHEREFORE, Defendants Patrick Noonan, Andrew Hynst, and Christopher Schmaling hereby remove the State Court Action to this Court.

Dated this 23rd day of October 2025.

**MEISSNER TIERNEY FISHER & NICHOLS, S.C.**

/s/ Jacob A. Sosnay
Jacob A. Sosnay
State Bar No. 1063964
jas@mtfn.com
Alyssa Chojnacki Beckham
State Bar No. 1124669
acb@mtfn.com
**Attorneys for Defendants Patrick Noonan, Andrew Hynst, and Christopher Schmaling**

111 East Kilbourn Avenue
19th Floor
Milwaukee, WI 53202
(414) 273-1300